UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, | CASE NO. C18-1161-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DIMITRI IVANOV AND ANNA IVANOV, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file a first amended complaint (Dkt. No. 13). Plaintiff seeks to amend its complaint to add new defendants: Autumn Snider as the representative of the Estate of Jacob Long, David Bui as the representative of the Estate of Anna Bui, and Doe Defendants to represent unknown individuals and/or estates who may come forward with claims against Defendants Dimitri Ivanov and Anna Ivanov. (*Id*.) Having thoroughly considered the stipulated motion, the Court GRANTS the motion and ORDERS that:

1. Plaintiff has 10 business days to file the First Amended Complaint and serve it upon the new defendants;

2. The responsive pleadings of Defendants Dimitri Ivanov and Anna Ivanov will be due 30 days after the First Amended Complaint is filed and served upon them;

3. The responsive pleadings of the newly-added defendants shall be due in accordance with the Federal Rules of Civil Procedure and the Western District of Washington Local Rules; and

4. The status conference currently set for November 13, 2018 is STRICKEN. A new status conference is hereby SET for Tuesday, January 15, 2019 at 9:00 A.M.

DATED this 30th day of October 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk