UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br>     v.<br><br>DIMITRI IVANOV, *et al.*,<br><br>                    Defendants. | CASE NO. C18-1161-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to dismiss or strike counter-Plaintiffs' counterclaims (Dkt. No. 10). Having thoroughly considered the briefing and relevant record, the Court DENIES the motion.

DATED this 26th day of November 2018.

                                  William M. McCool
                                  Clerk of Court

                                  s/Tomas Hernandez
                                  Deputy Clerk